# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Website: www.nyed.uscourts.gov

**DOUGLAS C. PALMER**
CLERK OF THE COURT

**CAROL MC MAHON**
CHIEF DEPUTY
FOR LONG ISLAND

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 23 2014 ★
LONG ISLAND OFFICE

PLEASE REPLY TO:
☐ **BROOKLYN COURTHOUSE**
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201
(718) 260-2280

☒ **LONG ISLAND COURTHOUSE**
100 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722
(631) 712-6000

September 23, 2014

Jonathan Thompson, #676677
Suffolk Co. Corr. Center
110 Center Dr.
Riverhead, NY 11901

Re:   14-CV- 5564 (JFB)(ARL)
      Thompson v. Good Samaritan Hosp., et al.

Dear Litigant:

The Clerk's Office received your Civil Rights complaint and *in forma pauperis* (IFP) application and a docket number has been assigned to your submission. The papers are deficient for one or more of the following reasons checked below. Please read this list carefully to correct any mistakes or omissions in your papers. If you decide to proceed with your action, you must return the enclosed papers **WITHIN 14 DAYS FROM THE DATE OF THIS LETTER.** If you do not comply, your case will not proceed.

☐   Papers, including complaints, petitions, motions or any other document, cannot be filed without an original signature pursuant to Rule 11 of the Federal Rules of Civil Procedure. Your original signature is needed wherever an "X" appears.

☐   A filing fee of $400 [in cash, if submitted in person] or by certified check or money order made payable to the Clerk of Court, U.S.D.C.,E.D.N.Y., is required in order to commence a civil action other than an application for a writ of habeas corpus or a motion under 28 U.S.C. § 2255 **- or -** you may request to waive the $350 filing fee by completing an IFP application. 28 U.S.C. § 1915. If you are a prisoner, you must also complete the Prisoner Authorization form along with the IFP application. An IFP application and/or Prisoner Authorization form is enclosed.

☐   Each plaintiff named in the caption must sign the complaint and each plaintiff must complete a separate IFP application and/or Prisoner Authorization form, if applicable. An IFP application and/or Prisoner Authorization form for each plaintiff named in the caption is enclosed.

☐   Your IFP application does not contain enough information for the Court to consider your request. Please complete the enclosed IFP application. If you are presently incarcerated, please complete the enclosed Prisoner Authorization form as well as the IFP application.

☒   Other: You must submit a Prisoner Authorization form with your complaint and IFP application. Please sign and submit the enclosed Prisoner Authorization.

Sincerely,

/s/ C. Vukovich
Pro Se Paralegal

Enclosure(s)
rev. 8/30/11