UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------------X
JONATHAN THOMPSON, #676677,

                Plaintiff,

    - against -

GOOD SAMARITAN HOSPITAL AND ITS EMPLOYEES JOHN AND JANE DOES, SUFFOLK COUNTY POLICE DEPARTMENT AND ITS EMPLOYEES [SIC] JOHN DOE, SUFFOLK COUNTY MEDICAL E)(AMINERS OFFICE AND ITS EMPLOYEE JANE DOE, SUFFOLK COUNTY FAMILY COURT AND ITS EMPLOYEES [SIC] JOHN DOE, SUFFOLK COUNTY CHILD PROTECTIVE SERVICES AND ITS EMPLOYEES JOHN AND JANE DOE, AMITYVILLE FIRE DEPARTMENT EMERGENCY MEDICAL TECHNICIANS AND ITS EMPLOYEES JOHN AND JANE DOE, JOSEPH A. HANSHE, SUFFOLK COUNTY JUDGE BARBARA KAHN, SUFFOLK COUNTY ADA RAPHAEL PEARL, ALL DEFENDANTS NAMED HEREIN INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES,

                Defendants.
---------------------------------------------------------------------------------X

**JUDGMENT**
CV-14-5564 (JFB)(AYS)

An Order of Honorable Joseph F. Bianco, United States District Judge, having been filed on December 11, 2014, dismissing the complaint with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b), and denying *in forma pauperis* status for the purpose of any appeal, it is

**ORDERED AND ADJUDGED** that plaintiff take nothing of defendant; that the complaint is dismissed with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b); and that *in forma pauperis* status for the purpose of any appeal is denied.

Dated: Central Islip, New York
       May 5, 2015

                                                        DOUGLAS C. PALMER
                                                        CLERK OF THE COURT

                                  BY:    /S/ CATHERINE VUKOVICH
                                                DEPUTY CLERK